# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RON LESLIE, Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO.:<br>)<br>) _____ |
| IQ DATA INTERNATIONAL, Defendant. | )<br>)<br>)<br>) |

## **COMPLAINT**

Comes now Plaintiff and respectfully shows the Court as follows:

1.

This is a civil action brought for violations of the Fair Debt Collection Practice Act, 15 U.S.C. § 1692 et seq. which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices in the course of collecting or attempting to collect consumer debt.

2.

This Court has jurisdiction under 15 U.S.C. § 1692 k(d) 28 U.S.C. § 1331.

3.

Defendant is a for profit foreign corporation doing business in Georgia in the Northern District, organized under the laws of Washington and has its principal

place of business in Bethel, Washington and is subject to the jurisdiction of this Court.

4.

Defendant's principal business is the collection of debts from consumers using instrumentalities of interstate commerce including the mail and telephone services. Additionally, Defendant regularly attempts to collect consumer debts alleged to be due to another using instrumentalities of interstate commerce including the mail and telephone services. Defendant's principal business is debt collection. Defendant also regularly collects debts issued to another.

5.

In the initial case Defendant is either collecting a debt it has purchased from another creditor or collecting debt for such creditors.

6.

On March 9, 2022 Plaintiff sent notice to Defendant that he disputed the debt of $38,147.00 Defendant had reported to Trans Union as owing.

7.

Defendant continued to report as owing without reporting that the debt was disputed, although Defendant knew or should have known the debt was disputed. All of this conduct violated 15 U.S.C. § 1692(e)(8).

8.

Defendant has continued to report that the $38147.00 to Trans Union and perhaps to other credit reporting agencies without reporting the debt was disputed.

9.

Plaintiff is entitled to statutory damages of $1,000.

10.

Plaintiff is entitled to actual damages of $52,000 including postage, transportation, lost wages, loss lease fee penalty, medical bills, and $50,000 for emotional distress.

11.

Plaintiff is entitled to reasonable attorney fees.

Wherefore Plaintiff prays:

    1). For statutory damages in the amount of $1,000;

    2). For actual damages in the amount of $102,000;

    3). For reasonable attorney fees;

    4). For jury trial;

    5). For such other and further relief as is just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **Goldberg & Cuvillier, P.C.** | /s/ Ralph Goldberg |
| 3469 Lawrenceville Highway, Suite 102 | Ralph Goldberg |
| Tucker, GA 30084 | Georgia Bar No. 299475 |
| 770-670-7343 | Attorney for Plaintiff |
| 770-670-7344 – FAX |  |
| attorneygoldberg@hotmail.com |  |

4